UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEUBEN FOODS, INC.,

                Plaintiff,

                                          ORDER
       v.                                    12-cv-211A

HP HOOD, LLC.,

                Defendant.

_____

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 3, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for partial summary judgment be denied, without prejudice to renewal at a later date.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for partial summary judgment is denied without prejudice to renewal at a later date.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: March 29, 2013