UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEUBEN FOODS, INC.,

        Plaintiff,

   v.

HP HOOD, LLC.,

        Defendant.

ORDER
12-cv-211A

   The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On October 3, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for partial summary judgment be denied, without prejudice to renewal at a later date.

   The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

   ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for partial summary judgment is denied without prejudice to renewal at a later date.

   The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

          *s/ Richard J. Arcara*
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT JUDGE

DATED: March 29, 2013